United States District Court

Eastern District of California

Nathaniel Brown,

        Plaintiff,                     No. Civ. S 04-0477 DFL PAN P

  vs.                             Order

Sacramento Sheriff's Department, et al.,

        Defendants.

-oOo-

    Plaintiff is a state prisoner prosecuting this civil rights action without counsel. Pursuant to the schedule made December 2, 2004, defendants' pretrial statement is due September 9, 2005, pretrial conference is set for September 16, 2005, and trial is set for December 5, 2005. Since defendants' motion for summary

///

///

///

judgment is pending and plaintiff failed to file a pretrial statement, the above dates are vacated.

So ordered.

Dated:  September 8, 2005.

                                      /s/ Peter A. Nowinski
                                      PETER A. NOWINSKI
                                      Magistrate Judge